---

UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

**Caption in Compliance with D.N.J. LBR 9004-2(c)**

Robert Manchel, Esquire
1 Eves Drive, Suite 111
Marlton, NJ 08053-3125
Attorney for Debtor
RM-1141

---

In Re:

    Betina C. Finch

Case No. 12-37273CMG

Judge: Christine M Gravelle

Chapter 13

**CHAPTER 13 DEBTOR'S CERTIFICATION IN OPPOSITION TO**

    **X**    **CREDITOR'S MOTION or CERTIFICATION OF DEFAULT**

        **TRUSTEE'S MOTION or CERTIFICATION OF DEFAULT**

The debtor in the above-captioned chapter 13 proceeding hereby objects to the following (**choose one**):

1.    __X__ Motion for Relief from the Automatic Stay filed by <u>Rushmore Loan Management Services</u>, creditor. A hearing has been scheduled for <u>September 21, 2016</u>, at <u>9:00 a.m.</u>

                OR

    ____ Motion to Dismiss filed by the Standing Chapter 13 Trustee. A hearing has been scheduled for _____ at _____ a.m.

                OR

    _____ Certification of Default filed by _____, creditor. I am requesting that a hearing be scheduled on this matter.

                OR

    _____ Certification of Default filed by Standing Chapter 13 Trustee.
I am requesting that a hearing be scheduled on this matter.

2. I am objecting to the above for the following reasons (**choose one**):

\_\_\_\_\_ Payments have been made in the amount of $_____, but have not been accounted for. Documentation in support is attached hereto.

OR

\_\_\_\_\_ Payments have not been made for the following reasons and debtor proposes repayment as follows (**explain your answer**):

OR

**X** Other: I received a trial loan modification for my mortgage from Rushmore Loan Management Services. I have completed all trial payments and I am currently waiting for the loan modification approval. I respectfully request the court deny the movant's request for relief & allow me to continue my Chapter 13 Plan.

3. This certification is being made in an effort to resolve the issues raised by the creditor in its motion.

4. I certify under penalty of perjury that the foregoing is true and correct.


Date: \_\_\_\_\_9/8/2016_____     /s/ Betina C. Finch
                                                              Betina C. Finch, Debtor