UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

**Caption in Compliance with D.N.J. LBR 9004-1(b)**

DENISE CARLON, ESQUIRE
KML LAW GROUP, PC
Sentry Office Plz
216 Haddon Ave.
Suite 406
Westmont, NJ 08018
215-627-1322
dcarlon@kmllawgroup.com
Attorneys for Movant
MTGLQ Investors, LP

In Re:

Betina C. Finch,

Debtor.

Case No.:       12-37273-CMG

Chapter:              13

Hearing Date:      10/19/2016

Judge:             Gravelle

**STATUS CHANGE FORM**

Pursuant to D.N.J. LBR 9013-3, the undersigned notifies the court that the matter identified below has been:

☐ Settled        ☒ Withdrawn

Matter: Motion for Relief from Stay re: 81 Cleveland Avenue, Colonia, NJ 07067

(#104 on the docket)

Date: 10/5/2016

/s/ Denise Carlon
Signature

*rev.8/1/15*