| Office Mailing Address: | Send Payments **ONLY** to: |
|---|---|
| Albert Russo, Trustee | Albert Russo, Trustee |
| CN 4853 | PO Box 933 |
| Trenton, NJ  08650 | Memphis, TN  38101-0933 |

# OFFICE OF THE STANDING CHAPTER 13 TRUSTEE
## REPORT OF RECEIPTS AND DISBURSEMENTS
Activity for the period from 01/01/2016 to 01/09/2017
Chapter 13 Case No. 12-37273 / CMG

Betina C Finch  
81 Cleveland Avenue  
Colonia  NJ   07067-2320

Petition Filed Date: 11/19/2012  
341 Hearing Date: 12/20/2012  
Confirmation Date: 03/05/2013

Case Status: Open / Confirmed

### RECEIPTS / PAYMENT HISTORY FOR THE TIME PERIOD SELECTED

| Date | Amount | Check No. | Date | Amount | Check No. | Date | Amount | Check No. |
|---|---|---|---|---|---|---|---|---|
| 02/26/2016 | $1,000.00 | 23455502897 | 02/26/2016 | $51.00 | 23455502908 | 02/26/2016 | $1,000.00 | 23455503720 |
| 04/19/2016 | $830.00 | 23455510694 | 07/11/2016 | $460.00 | 23447244082 | | | |

**Total Receipts for the Period: $3,341.00   Amount Refunded to Debtor Since Filing: $0.00   Total Receipts Since Filing: $13,616.00**

### DISTRIBUTIONS TO CREDITORS FOR THE TIME PERIOD SELECTED

#### CLAIMS AND DISTRIBUTIONS

| Claim # | Claimant Name | Class | Claim Amount | Amount Paid | Balance Due |
|---|---|---|---|---|---|
| 0 | Betina C Finch | Debtor Refund | $0.00 | $0.00 | $0.00 |
| 0 | PRO SE | Attorney Fees | $0.00 | $0.00 | $0.00 |
| 0 | ROBERT MANCHEL ESQ | Attorney Fees | $0.00 | $0.00 | $0.00 |
| 1 | PORTFOLIO RECOVERY ASSOCIATES<br>»» 09 MAZDA6/SANTANDER/CRAM | Debt Secured by Vehicle | $11,673.62 | $10,500.00 | $1,173.62 |
| 2 | Quantum3 Group LLC as agent for<br>»» PEARL CARD | Unsecured Creditors | $2,951.11 | $0.00 | $2,951.11 |
| 3 | DARIO, YACKER, SUAREZ & ALBERT | Unsecured Creditors | $4,516.81 | $0.00 | $4,516.81 |
| 0 | ROBERT MANCHEL ESQ<br>»» ORDERED 1/10/13 | Attorney Fees | $804.67 | $376.13 | $428.54 |
| 4 | AMERICAN INFOSOURCE LP<br>»» VERIZON | Unsecured Creditors | $299.42 | $0.00 | $299.42 |
| 5 | AMERICAN INFOSOURCE LP<br>»» VERIZON | Unsecured Creditors | $60.63 | $0.00 | $60.63 |
| 6 | AMERICAN INFOSOURCE LP<br>»» VERIZON | Unsecured Creditors | $105.74 | $0.00 | $105.74 |
| 7 | LVNV FUNDING LLC<br>»» FIA/BOA | Unsecured Creditors | $911.08 | $0.00 | $911.08 |
| 8 | EAST BAY FUNDING, LLC<br>»» BOA | Unsecured Creditors | $760.05 | $0.00 | $760.05 |
| 9 | WELLS FARGO OPERATIONS CENTER<br>»» P/81 CLEVELAND AVE/2ND MTG/CRAM BAL | Unsecured Creditors | $131,300.00 | $0.00 | $131,300.00 |
| 10 | PORTFOLIO RECOVERY ASSOCIATES<br>»» HSBC/CAPITAL ONE | Unsecured Creditors | $942.63 | $0.00 | $942.63 |
| 11 | WELLS FARGO BANK, NA<br>»» P/81 CLEVELAND AVE/1ST MTG | Mortgage Arrears | $0.00 | $0.00 | $0.00 |
| 0 | ROBERT MANCHEL ESQ<br>»» ATTY DISCL | Attorney Fees | $3,500.00 | $1,636.01 | $1,863.99 |
| 12 | PORTFOLIO RECOVERY ASSOCIATES<br>»» 09 MAZDA6/SANTANDER/ CRAM BAL | Unsecured Creditors | $8,502.45 | $0.00 | $8,502.45 |

**Chapter 13 Case No. 12-37273 / CMG**

| | | | | | |
|---|---|---|---|---|---|
| 0 | ROBERT MANCHEL ESQ<br>»» ORDER 5/15/13 | Attorney Fees | $1,062.50 | $218.96 | $843.54 |
| 0 | ROBERT MANCHEL ESQ<br>»» ORDER 12/23/13 | Attorney Fees | $800.00 | $0.00 | $800.00 |
| 0 | ROBERT MANCHEL ESQ<br>»» ORD 9/29/14 | Attorney Fees | $400.00 | $0.00 | $400.00 |
| 0 | ROBERT MANCHEL ESQ<br>»» ORDER 4/28/15 | Attorney Fees | $400.00 | $0.00 | $400.00 |
| 0 | ROBERT MANCHEL ESQ<br>»» ORDER 4/28/16 | Attorney Fees | $800.00 | $0.00 | $800.00 |
| 0 | ROBERT MANCHEL ESQ<br>»» ORDER 11/29/16 | Attorney Fees | $400.00 | $0.00 | $400.00 |

**SUMMARY**

Summary of all receipts and disbursements from date filed through 1/9/2017:

| | | | |
|---|---|---|---|
| Total Receipts: | $13,616.00 | Plan Balance: | $8,331.00 ** |
| Paid to Claims: | $12,731.10 | Current Monthly Payment: | $657.00 |
| Paid to Trustee: | $695.01 | Arrearages: | $1,774.00 |
| Funds on Hand: | $189.89 | Total Plan Base: | $21,947.00 |

**NOTES:**

• **PAY YOUR MONTHLY TRUSTEE PAYMENT ONLINE!** Visit www.russotrustee.com/epay for more information.

• Your case information is available to view online at the National Data Center. Please visit www.ndc.org.

**\*\*This is an approximate balance. Additional allowed claims and other variables may affect the amount to complete the plan.**