Form ntchrgbk

**UNITED STATES BANKRUPTCY COURT**

District of New Jersey
402 East State Street
Trenton, NJ 08608

        Case No.:  12−37273−CMG
        Chapter:  13
        Judge:  Christine M. Gravelle

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
   Betina C. Finch
   81 Cleveland Avenue
   Colonia, NJ 07067−2320

Social Security No.:
   xxx−xx−1010

Employer's Tax I.D. No.:

PLEASE TAKE NOTICE that a hearing will be held at

Courtroom 3, Clarkson S. Fisher, U.S. Courthouse, 402 E. State St., Trenton, NJ 08608−1507

on 3/15/17 at 09:00 AM

to consider and act upon the following:

*120* − Certification of Default of Standing Trustee. re: Debtors failure to make plan payments Report. Filed by Albert Russo. Objection deadline is 3/8/2017. (Attachments: # 1 Proposed Order) (Russo, Albert)


Dated: 3/7/17

        Jeanne Naughton
        Clerk, U.S. Bankruptcy Court