Form ntchrgbk

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
402 East State Street
Trenton, NJ 08608

        Case No.: 12−37273−CMG
        Chapter: 13
        Judge: Christine M. Gravelle

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
   Betina C. Finch
   81 Cleveland Avenue
   Colonia, NJ 07067−2320

Social Security No.:
   xxx−xx−1010

Employer's Tax I.D. No.:

PLEASE TAKE NOTICE that a hearing will be held at

Courtroom 3, Clarkson S. Fisher, U.S. Courthouse, 402 E. State St., Trenton, NJ 08608−1507

on 3/15/17 at 09:00 AM

to consider and act upon the following:

*120* − Certification of Default of Standing Trustee. re: Debtors failure to make plan payments Report. Filed by Albert Russo. Objection deadline is 3/8/2017. (Attachments: # 1 Proposed Order) (Russo, Albert)

Dated: 3/7/17

                                        Jeanne Naughton
                                        Clerk, U.S. Bankruptcy Court

United States Bankruptcy Court
District of New Jersey

In re:  
Betina C. Finch  
      Debtor

Case No. 12-37273-CMG  
Chapter 13

## CERTIFICATE OF NOTICE

District/off: 0312-3      User: admin      Page 1 of 1      Date Rcvd: Mar 07, 2017  
                 Form ID: ntchrgbk      Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Mar 09, 2017.  
db            Betina C. Finch,   81 Cleveland Avenue,   Colonia, NJ  07067-2320

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.  
NONE.        TOTAL: 0

         ***** BYPASSED RECIPIENTS *****  
NONE.        TOTAL: 0

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Mar 09, 2017                            Signature:   /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on March 7, 2017 at the address(es) listed below:

         Albert  Russo   docs@russotrustee.com  
         Albert  Russo   on behalf of Trustee Albert  Russo docs@russotrustee.com  
         Albert  Russo (NA)   on behalf of Trustee Albert  Russo docs@russotrustee.com  
         Brian C. Nicholas   on behalf of Creditor   WELLS FARGO BANK, N.A. bnicholas@kmllawgroup.com, bkgroup@kmllawgroup.com  
         Denise E. Carlon   on behalf of Creditor   GCAT Management Services 2015-13 LLC dcarlon@kmllawgroup.com, bkgroup@kmllawgroup.com  
         Denise E. Carlon   on behalf of Creditor   MTGLQ Investors, LP dcarlon@kmllawgroup.com, bkgroup@kmllawgroup.com  
         Denise E. Carlon   on behalf of Creditor   Wells Fargo Bank, NA bankruptcynotice@zuckergoldberg.com, bkgroup@kmllawgroup.com  
         Denise E. Carlon   on behalf of Creditor   WELLS FARGO BANK, N.A. dcarlon@kmllawgroup.com, bkgroup@kmllawgroup.com  
         Joshua I. Goldman   on behalf of Creditor   MTGLQ Investors, LP jgoldman@kmllawgroup.com, bkgroup@kmllawgroup.com  
         Robert  Manchel   on behalf of Debtor Betina C. Finch manchellaw@yahoo.com  
                                                                                                    TOTAL: 10