| | |
|---|---|
| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY<br>**Caption in Compliance with D.N.J. LBR 9004-2(c)**<br><br>Robert Manchel, Esq.<br>1 Eves Dr., Suite 111<br>Marlton, NJ. 08053<br>Attorney for debtor(s)<br>RM-1141 | **Order Filed on May 1, 2017<br>by Clerk<br>U.S. Bankruptcy Court<br>District of New Jersey** |
| IN RE:<br><br>BETINA FINCH | Case No. 12-37273CMG<br><br>Adv. No.: N/A<br><br>Hearing Date:<br><br>Judge: |

Order Disgorging Funds from PRA Receivables Management, LLC, as agent of Portfolio Recovery Associates LLC.

The relief set forth on the following page, numbered two (2) is hereby **ORDERED**.

**DATED: May 1, 2017**

Honorable Christine M. Gravelle
United States Bankruptcy Judge

(page 2)
debtor:    Betina Finch
case no. 12-37273CMG
Order Disgorging Funds from PRA Receivables Management, LLC, as agent of Portfolio Recovery Associates LLC.

THIS MATTER, being opened to the Court upon the Motion of Robert Manchel, Esq., to Disgorge Funds from PRA Receivables Management, LLC, as agent of Portfolio Recovery Associates LLC., and having considered the Motion, including responding documents and arguments, if any, and for good cause appearing, it is hereby

ORDERED, that:

1. PRA Receivables Management, LLC, as agent of Portfolio Recovery Associates LLC. (PRA), shall disburse and pay to Robert Manchel, Esq., the sum of $6,436.07, within five (5) days of the receipt of this order.

2. Said $6,436.07 payment to Robert Manchel shall satisfy the 2016(b) fees and all court ordered supplemental fees granted by the court, through and including the supplemental fees granted on March 27, 2017.

3. The balance due to PRA, in connection with their $11,673.62 proof of claim, after payment of said $6,436.07 is $7,609.69.

4. Any future court awarded supplemental fees for Robert Manchel, Esq., reflecting that payment should be made through the debtor's bankruptcy plan, shall be paid, as an administrative fee.

5. A copy of this Order shall be served upon Trustee and other parties who entered their appearance on this Motion.