| | |
|---|---|
| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY<br><br>**Caption in Compliance with D.N.J. LBR 9004-2(c)**<br><br>Robert Manchel, Esq.<br>1 Eves Dr., Suite 111<br>Marlton, NJ. 08053<br>Attorney for debtor(s)<br>RM-1141 | Order Filed on May 1, 2017<br>by Clerk<br>U.S. Bankruptcy Court<br>District of New Jersey |
| IN RE:<br><br>BETINA FINCH | Case No. 12-37273CMG<br><br>Adv. No.: N/A<br><br>Hearing Date:<br><br>Judge: |

Order Disgorging Funds from PRA Receivables Management, LLC, as agent of Portfolio Recovery Associates LLC.

The relief set forth on the following page, numbered two (2) is hereby **ORDERED**.

**DATED: May 1, 2017**

Honorable Christine M. Gravelle
United States Bankruptcy Judge

(page 2)
debtor:   Betina Finch
case no. 12-37273CMG
Order Disgorging Funds from PRA Receivables Management, LLC, as agent of Portfolio Recovery Associates LLC.

THIS MATTER, being opened to the Court upon the Motion of Robert Manchel, Esq., to Disgorge Funds from PRA Receivables Management, LLC, as agent of Portfolio Recovery Associates LLC., and having considered the Motion, including responding documents and arguments, if any, and for good cause appearing, it is hereby

ORDERED, that:

1. PRA Receivables Management, LLC, as agent of Portfolio Recovery Associates LLC. (PRA), shall disburse and pay to Robert Manchel, Esq., the sum of $6,436.07, within five (5) days of the receipt of this order.

2. Said $6,436.07 payment to Robert Manchel shall satisfy the 2016(b) fees and all court ordered supplemental fees granted by the court, through and including the supplemental fees granted on March 27, 2017.

3. The balance due to PRA, in connection with their $11,673.62 proof of claim, after payment of said $6,436.07 is $7,609.69.

4. Any future court awarded supplemental fees for Robert Manchel, Esq., reflecting that payment should be made through the debtor's bankruptcy plan, shall be paid, as an administrative fee.

5. A copy of this Order shall be served upon Trustee and other parties who entered their appearance on this Motion.

United States Bankruptcy Court
District of New Jersey

In re:                                                                  Case No. 12-37273-CMG
Betina C. Finch                                                         Chapter 13
    Debtor

## CERTIFICATE OF NOTICE

District/off: 0312-3        User: admin              Page 1 of 1           Date Rcvd: May 02, 2017
                            Form ID: pdf903          Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on May 04, 2017.
db           Betina C. Finch,    81 Cleveland Avenue,    Colonia, NJ  07067-2320

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                            TOTAL: 0

    ***** BYPASSED RECIPIENTS *****
NONE.                                                                                            TOTAL: 0

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: May 04, 2017                                  Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on May 2, 2017 at the address(es) listed below:
      Albert   Russo    docs@russotrustee.com
      Albert   Russo    on behalf of Trustee Albert   Russo docs@russotrustee.com
      Albert   Russo (NA)    on behalf of Trustee Albert   Russo docs@russotrustee.com
      Brian C. Nicholas    on behalf of Creditor    WELLS FARGO BANK, N.A. bnicholas@kmllawgroup.com, bkgroup@kmllawgroup.com
      Denise E. Carlon    on behalf of Creditor    GCAT Management Services 2015-13 LLC dcarlon@kmllawgroup.com, bkgroup@kmllawgroup.com
      Denise E. Carlon    on behalf of Creditor    MTGLQ Investors, LP dcarlon@kmllawgroup.com, bkgroup@kmllawgroup.com
      Denise E. Carlon    on behalf of Creditor    Wells Fargo Bank, NA bankruptcynotice@zuckergoldberg.com, bkgroup@kmllawgroup.com
      Denise E. Carlon    on behalf of Creditor    WELLS FARGO BANK, N.A. dcarlon@kmllawgroup.com, bkgroup@kmllawgroup.com
      Joshua I. Goldman    on behalf of Creditor    MTGLQ Investors, LP jgoldman@kmllawgroup.com, bkgroup@kmllawgroup.com
      Robert   Manchel    on behalf of Debtor Betina C. Finch manchellaw@yahoo.com
                                                                                                 TOTAL: 10