UNITED STATES BANKRUPTCY COURT

District of New Jersey

**Caption in Compliance with D.N.J. LBR 9004-1(b)**

Albert Russo

CN 4853

Trenton,  NJ    08650

(609) 587-6888

Standing Chapter 13 Trustee

In re:

Betina C Finch

Debtor(s)

Order Filed on May 19, 2017
by Clerk
U.S. Bankruptcy Court
District of New Jersey

Case No.: 12-37273 / CMG

Hearing Date: 05/17/2017

Judge: Christine M. Gravelle

Chapter:  13

# ORDER REGARDING CHAPTER 13 STANDING TRUSTEE'S MOTION TO DISMISS OR CERTIFICATION OF DEFAULT

The relief set forth on the following page is **ORDERED**.

**DATED: May 19, 2017**

Honorable Christine M. Gravelle
United States Bankruptcy Judge

This matter having come before the Court on the Standing Trustee's Motion to Dismiss or an objection to the Trustee's Certification of Default, and good cause having been shown, it is

**ORDERED** that case is allowed to continue under Chapter 13 upon the following terms and conditions:

- $16,707.00 paid to date

- Debtor(s) shall remit a lump sum payment of $725.00 to the Trustee by 5/25/2017

- Debtor(s) shall remit $846.00 per month to the Trustee for 6 months beginning 6/1/2017

- If the Debtor(s) fail to make regular plan payments to the Trustee for a period of more than 30 consecutive days, upon the Certification of the Trustee of such non-payments, with Notice of the Certification to the Debtor(s) and the Debtor(s) attorney, if any, the within case shall be dismissed.