UNITED STATES BANKRUPTCY COURT
District of New Jersey

Caption in Compliance with D.N.J. LBR 9004-1(b)

Albert Russo
CN 4853
Trenton, NJ   08650
(609) 587-6888
Standing Chapter 13 Trustee

**Order Filed on May 19, 2017
by Clerk
U.S. Bankruptcy Court
District of New Jersey**

In re:

Betina C Finch

Debtor(s)

Case No.: 12-37273 / CMG

Hearing Date: 05/17/2017

Judge: Christine M. Gravelle

Chapter:  13

## ORDER REGARDING CHAPTER 13 STANDING
## TRUSTEE'S MOTION TO DISMISS OR
## CERTIFICATION OF DEFAULT

The relief set forth on the following page is **ORDERED**.

**DATED: May 19, 2017**

Honorable Christine M. Gravelle
United States Bankruptcy Judge

This matter having come before the Court on the Standing Trustee's Motion to Dismiss or an objection to the Trustee's Certification of Default, and good cause having been shown, it is

**ORDERED** that case is allowed to continue under Chapter 13 upon the following terms and conditions:

- $16,707.00 paid to date

- Debtor(s) shall remit a lump sum payment of $725.00 to the Trustee by 5/25/2017

- Debtor(s) shall remit $846.00 per month to the Trustee for 6 months beginning 6/1/2017

- If the Debtor(s) fail to make regular plan payments to the Trustee for a period of more than 30 consecutive days, upon the Certification of the Trustee of such non-payments, with Notice of the Certification to the Debtor(s) and the Debtor(s) attorney, if any, the within case shall be dismissed.

United States Bankruptcy Court
District of New Jersey

In re:  
Betina C. Finch  
    Debtor

Case No. 12-37273-CMG  
Chapter 13

## CERTIFICATE OF NOTICE

District/off: 0312-3    User: admin    Page 1 of 1    Date Rcvd: May 19, 2017  
                          Form ID: pdf903    Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on May 21, 2017.  
db        Betina C. Finch,    81 Cleveland Avenue,    Colonia, NJ   07067-2320

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.  
NONE.    TOTAL: 0

      ***** BYPASSED RECIPIENTS *****  
NONE.    TOTAL: 0

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: May 21, 2017        Signature: /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on May 19, 2017 at the address(es) listed below:

      Albert Russo    docs@russotrustee.com  
      Albert Russo    on behalf of Trustee Albert Russo docs@russotrustee.com  
      Albert Russo (NA)    on behalf of Trustee Albert Russo docs@russotrustee.com  
      Brian C. Nicholas    on behalf of Creditor    WELLS FARGO BANK, N.A. bnicholas@kmllawgroup.com, bkgroup@kmllawgroup.com  
      Denise E. Carlon    on behalf of Creditor    GCAT Management Services 2015-13 LLC dcarlon@kmllawgroup.com, bkgroup@kmllawgroup.com  
      Denise E. Carlon    on behalf of Creditor    MTGLQ Investors, LP dcarlon@kmllawgroup.com, bkgroup@kmllawgroup.com  
      Denise E. Carlon    on behalf of Creditor    Wells Fargo Bank, NA bankruptcynotice@zuckergoldberg.com, bkgroup@kmllawgroup.com  
      Denise E. Carlon    on behalf of Creditor    WELLS FARGO BANK, N.A. dcarlon@kmllawgroup.com, bkgroup@kmllawgroup.com  
      Joshua I. Goldman    on behalf of Creditor    MTGLQ Investors, LP jgoldman@kmllawgroup.com, bkgroup@kmllawgroup.com  
      Robert Manchel    on behalf of Debtor Betina C. Finch manchellaw@yahoo.com

    TOTAL: 10