UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

**Caption in Compliance with D.N.J. LBR 9004-1(b)**
Albert Russo
CN 4853
Trenton, NJ 08650
(609) 587-6888
Standing Chapter 13 Trustee

In re:

Betina C Finch

Debtor(s)

Case No.: 12-37273 / CMG

Judge: Christine M. Gravelle

Chapter: 13

# CERTIFICATION OF SERVICE

1. I, Anita Travea, am an employee of Albert Russo, the Standing Chapter 13 Trustee in the above captioned matter.

2. On October 4, 2017, I sent a copy of the following pleadings and/or documents to the parties listed in the chart below:

    **Trustee's Certification of Default, Proposed Form of Order, Certificate of Service**

3. I hereby certify, under penalty of perjury, that the above documents were sent using the mode of service indicated.

Dated: October 4, 2017

/s/ Anita Travea

Anita Travea

| Name and Address of Party Served | Relationship of Party to Case | Mode of Service |
|---|---|---|
| Betina C Finch<br>81 Cleveland Avenue<br>Colonia, NJ 07067-2320 | Debtor(s) | Regular Mail |
| ROBERT MANCHEL ESQ<br>STE 111<br>1 EVES DR<br>MARLTON, NJ 08053 | Attorney for Debtor(s) | Regular Mail and Notice of Electronic Filing (NEF) |