Form ntchrgbk

**UNITED STATES BANKRUPTCY COURT**

District of New Jersey
402 East State Street
Trenton, NJ 08608

Case No.: 12–37273–CMG
Chapter: 13
Judge: Christine M. Gravelle

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
   Betina C. Finch
   81 Cleveland Avenue
   Colonia, NJ 07067–2320

Social Security No.:
   xxx–xx–1010

Employer's Tax I.D. No.:

**NOTICE OF HEARING**

PLEASE TAKE NOTICE that a hearing will be held at

Courtroom 3, Clarkson S. Fisher, U.S. Courthouse, 402 E. State St., Trenton, NJ 08608–1507

on 11/1/17 at 09:00 AM

to consider and act upon the following:

*149* – Certification of Default of Standing Trustee. re: Debtors failure to make plan payments Report. Filed by Albert Russo. Objection deadline is 10/17/2017. (Attachments: # 1 Proposed Order) (Russo, Albert)

Dated: 10/16/17

Jeanne Naughton
Clerk, U.S. Bankruptcy Court