Office Mailing Address:  
Albert Russo, Trustee  
CN 4853  
Trenton, NJ  08650

Send Payments **ONLY** to:  
Albert Russo, Trustee  
PO Box 933  
Memphis, TN  38101-0933

# OFFICE OF THE STANDING CHAPTER 13 TRUSTEE
## REPORT OF RECEIPTS AND DISBURSEMENTS
Activity for the period from 01/01/2017 to 02/17/2018  
**Chapter 13 Case No. 12-37273 / CMG**

Betina C Finch  
81 Cleveland Avenue  
Colonia  NJ  07067-2320

Petition Filed Date: 11/19/2012  
341 Hearing Date: 12/20/2012  
Confirmation Date: 03/05/2013

Case Status: Open / Confirmed

### RECEIPTS / PAYMENT HISTORY FOR THE TIME PERIOD SELECTED

| Date | Amount | Check No. | Date | Amount | Check No. | Date | Amount | Check No. |
|---|---|---|---|---|---|---|---|---|
| 03/22/2017 | $1,000.00 | 24344259311 | 03/22/2017 | $1,000.00 | 23960272206 | 03/22/2017 | $431.00 | 24344259322 |
| 04/25/2017 | $660.00 | 24291892067 | 01/24/2018 | $1,000.00 | 24706860355 | 01/24/2018 | $990.00 | 24706860366 |
| 01/24/2018 | $1,000.00 | 24706860344 | | | | | | |

**Total Receipts for the Period: $6,081.00    Amount Refunded to Debtor Since Filing: $0.00    Total Receipts Since Filing: $19,697.00**

### DISTRIBUTIONS TO CREDITORS FOR THE TIME PERIOD SELECTED

#### CLAIMS AND DISTRIBUTIONS

| Claim # | Claimant Name | Class | Claim Amount | Amount Paid | Balance Due |
|---|---|---|---|---|---|
| 0 | Betina C Finch | Debtor Refund | $0.00 | $0.00 | $0.00 |
| 0 | PRO SE | Attorney Fees | $0.00 | $0.00 | $0.00 |
| 0 | ROBERT MANCHEL ESQ | Attorney Fees | $0.00 | $0.00 | $0.00 |
| 1 | PORTFOLIO RECOVERY ASSOCIATES<br>»» 09 MAZDA6/SANTANDER/CRAM/ORD 5/1/17 | Debt Secured by Vehicle | $10,500.00 | $10,500.00 | $0.00 |
| 2 | Quantum3 Group LLC as agent for<br>»» PEARL CARD | Unsecured Creditors | $2,951.11 | $0.00 | $2,951.11 |
| 3 | DARIO, YACKER, SUAREZ & ALBERT | Unsecured Creditors | $4,516.81 | $0.00 | $4,516.81 |
| 0 | ROBERT MANCHEL ESQ<br>»» ORDERED 1/10/13 | Attorney Fees | $376.13 | $376.13 | $0.00 |
| 4 | AMERICAN INFOSOURCE LP<br>»» VERIZON | Unsecured Creditors | $299.42 | $0.00 | $299.42 |
| 5 | AMERICAN INFOSOURCE LP<br>»» VERIZON | Unsecured Creditors | $60.63 | $0.00 | $60.63 |
| 6 | AMERICAN INFOSOURCE LP<br>»» VERIZON | Unsecured Creditors | $105.74 | $0.00 | $105.74 |
| 7 | LVNV FUNDING LLC<br>»» FIA/BOA | Unsecured Creditors | $911.08 | $0.00 | $911.08 |
| 8 | EAST BAY FUNDING, LLC<br>»» BOA | Unsecured Creditors | $760.05 | $0.00 | $760.05 |
| 9 | WELLS FARGO OPERATIONS CENTER<br>»» P/81 CLEVELAND AVE/2ND MTG/CRAM BAL | Unsecured Creditors | $131,300.00 | $0.00 | $131,300.00 |
| 10 | PORTFOLIO RECOVERY ASSOCIATES<br>»» HSBC/CAPITAL ONE | Unsecured Creditors | $942.63 | $0.00 | $942.63 |
| 11 | MTGLQ INVESTORS<br>»» P/81 CLEVELAND AVE/1ST MTG/WELLS FARGO | Mortgage Arrears | $0.00 | $0.00 | $0.00 |
| 0 | ROBERT MANCHEL ESQ<br>»» ATTY DISCL | Attorney Fees | $3,500.00 | $1,636.01 | $0.00 |

**Chapter 13 Case No. 12-37273 / CMG**

| | | | | | |
|---|---|---|---|---|---|
| 12 | PORTFOLIO RECOVERY ASSOCIATES<br>»»  09 MAZDA6/SANTANDER/ CRAM BAL | Unsecured Creditors | $8,502.45 | $0.00 | $8,502.45 |
| 0 | ROBERT MANCHEL ESQ<br>»»  ORDER 5/15/13 | Attorney Fees | $218.96 | $218.96 | $0.00 |
| 0 | ROBERT MANCHEL ESQ<br>»»  ORDER 12/23/13 | Attorney Fees | $0.00 | $0.00 | $0.00 |
| 0 | ROBERT MANCHEL ESQ<br>»»  ORD 9/29/14 | Attorney Fees | $0.00 | $0.00 | $0.00 |
| 0 | ROBERT MANCHEL ESQ<br>»»  ORDER 4/28/15 | Attorney Fees | $0.00 | $0.00 | $0.00 |
| 0 | ROBERT MANCHEL ESQ<br>»»  ORDER 4/28/16 | Attorney Fees | $0.00 | $0.00 | $0.00 |
| 0 | ROBERT MANCHEL ESQ<br>»»  ORDER 11/29/16 | Attorney Fees | $0.00 | $0.00 | $0.00 |
| 0 | ROBERT MANCHEL ESQ<br>»»  ORDER 3/27/17 | Attorney Fees | $0.00 | $0.00 | $0.00 |
| 13 | PORTFOLIO RECOVERY ASSOCIATES<br>»»  2009 MAZDA6/CRAM/ ORD 5/1/17 | Debt Secured by Vehicle | $7,609.69 | $2,395.43 | $5,214.26 |
| 0 | ROBERT MANCHEL ESQ<br>»»  ORDER 7/31/17 | Attorney Fees | $700.00 | $700.00 | $0.00 |

**SUMMARY**

Summary of all receipts and disbursements from date filed through 2/17/2018:

| | | | |
|---|---|---|---|
| Total Receipts: | $19,697.00 | Plan Balance: | $3,584.00 ** |
| Paid to Claims: | $15,826.53 | Current Monthly Payment: | $1,642.00 |
| Paid to Trustee: | $1,074.82 | Arrearages: | $3,584.00 |
| Funds on Hand: | $2,795.65 | Total Plan Base: | $23,281.00 |

- **PAY YOUR MONTHLY TRUSTEE PAYMENT ONLINE!  Visit www.russotrustee.com/epay for more  information.**

- **View your case information online for *FREE*!  Register today at www.ndc.org.**

**\*\*This is an approximate balance.  Additional allowed claims and other variables may affect the amount to complete the plan.**