Certificate Number: 14912-NJ-DE-030802702

Bankruptcy Case Number: 12-37273



14912-NJ-DE-030802702

# CERTIFICATE OF DEBTOR EDUCATION

I CERTIFY that on March 30, 2018, at 4:25 o'clock PM EDT, Betina Finch completed a course on personal financial management given by internet by 001 Debtoredu LLC, a provider approved pursuant to 11 U.S.C. § 111 to provide an instructional course concerning personal financial management in the District of New Jersey.

Date:  March 30, 2018     By:  /s/Jai Bhatt

Name:  Jai Bhatt

Title:  Counselor