**Information to identify the case:**

| | | |
|---|---|---|
| Debtor 1 | Betina C. Finch | Social Security number or ITIN   xxx–xx–1010 |
| | First Name   Middle Name   Last Name | EIN   _ _–_ _ _ _ _ _ _ |
| Debtor 2 (Spouse, if filing) | First Name   Middle Name   Last Name | Social Security number or ITIN   _ _ _ _ <br> EIN   _ _–_ _ _ _ _ _ _ |
| United States Bankruptcy Court | District of New Jersey | |
| Case number: | 12–37273–CMG | |

# Order of Discharge 12/15

**IT IS ORDERED:** A discharge under 11 U.S.C. § 1328(a) is granted to:

Betina C. Finch

7/25/18

**By the court:** Christine M. Gravelle
United States Bankruptcy Judge

---

**Explanation of Bankruptcy Discharge in a Chapter 13 Case**

This order does not close or dismiss the case.

**Creditors cannot collect discharged debts**
This order means that no one may make any attempt to collect a discharged debt from the debtors personally. For example, creditors cannot sue, garnish wages, assert a deficiency, or otherwise try to collect from the debtors personally on discharged debts. Creditors cannot contact the debtors by mail, phone, or otherwise in any attempt to collect the debt personally. Creditors who violate this order can be required to pay debtors damages and attorney's fees.

However, a creditor with a lien may enforce a claim against the debtors' property subject to that lien unless the lien was avoided or eliminated. For example, a creditor may have the right to foreclose a home mortgage or repossess an automobile.

This order does not prevent debtors from paying any debt voluntarily. 11 U.S.C. § 524(f).

**Most debts are discharged**
Most debts are covered by the discharge, but not all. Generally, a discharge removes the debtors' personal liability for debts provided for by the chapter 13 plan.

In a case involving community property: Special rules protect certain community property owned by the debtor's spouse, even if that spouse did not file a bankruptcy case.

**Some debts are not discharged**
Examples of debts that are not discharged are:

♦ debts that are domestic support obligations;

♦ debts for most student loans;

♦ debts for certain types of taxes specified in 11 U.S.C. §§ 507(a)(8)( C), 523(a)(1)(B), or 523(a)(1)(C) to the extent not paid in full under the plan;

**For more information, see page 2>**

- debts that the bankruptcy court has decided or will decide are not discharged in this bankruptcy case;

- debts for most fines, penalties, forfeitures, or criminal restitution obligations;

- some debts which the debtors did not properly list;

- debts provided for under 11 U.S.C. § 1322(b)(5) and on which the last payment or other transfer is due after the date on which the final payment under the plan was due;

- debts for certain consumer purchases made after the bankruptcy case was filed if obtaining the trustee's prior approval of incurring the debt was practicable but was not obtained;

- debts for restitution, or damages, awarded in a civil action against the debtor as a result of malicious or willful injury by the debtor that caused personal injury to an individual or the death of an individual; and

- debts for death or personal injury caused by operating a vehicle while intoxicated.

In addition, this discharge does not stop creditors from collecting from anyone else who is also liable on the debt, such as an insurance company or a person who cosigned or guaranteed a loan.

**This information is only a general summary of a chapter 13 discharge; some exceptions exist. Because the law is complicated, you should consult an attorney to determine the exact effect of the discharge in this case.**

Form 3180W                              **Chapter 13 Discharge**                              page 2

United States Bankruptcy Court
District of New Jersey

In re:                                                                                        Case No. 12-37273-CMG
Betina C. Finch                                                                               Chapter 13
      Debtor

# CERTIFICATE OF NOTICE

District/off: 0312-3          User: admin              Page 1 of 3              Date Rcvd: Jul 25, 2018
                              Form ID: 3180W           Total Noticed: 69

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Jul 27, 2018.
```
db            Betina C. Finch,    81 Cleveland Avenue,    Colonia, NJ 07067-2320
513497353    +Atlanta Gas Light,    Elizabethtown Gas,    Virginia Natural Gas,    150 W. Main St., Suite 1510,
               Norfolk, VA 23510-1775
513772155    +CAPITAL ONE BANK (USA), N.A.,    PO Box 12907,    Norfolk, VA 23541-0907
513601024    +Dario Yacker Suarez Albert LLC,    Att: Shelley Albert,    345 Union St,
               Hackensack, NJ 07601-4304
513497359    +Dario, Yacker, Suarez & Albert, LLC,    1590 Anderson Avenue,    Fort Lee, NJ 07024-2711
513497361     E-Z Pass New Jersey,    Violation Processing,    PO Box 52005,    Newark, NJ 07101-8205
513497362     E-Z Pass Transportation Service Center,    PO Box 52009,    Newark, NJ 07101-8209
513497364    +Elizabeth NJ Firemen's Federal Credit Un,    411 Irvington Avenue,    Elizabeth, NJ 07208-2044
513497365    +Elizabeth Police Credit Union,    1 Police Plaza,    Elizabeth, NJ 07201-2300
513497366     Elizabethtown Gas,    P.O. Box 11811,    Newark, NJ 07101-8111
513497368    +GC Acquisitions, LLC,    Vatic Recovery Solutions, LLC,    PO Box 40728,    Houston, TX 77240-0728
516634580    +GCAT Management Services 2015-13 LLC,    1209 Orange Street, Wilmington, DE 19801,
               GCAT Management Services 2015-13 LLC,    1209 Orange Street, Wilmington, DE 19801-1120
516634579     GCAT Management Services 2015-13 LLC,    1209 Orange Street, Wilmington, DE 19801
513497369    +Genesis Financial Solutions,    Vativ Recovery Solutions LLC,
               As Agent for Genesis Financial Services,    P.O. Box 19249,    Sugar Land, TX 77496-9249
513497370     Greater Alliance Federal Credit Union,    c/o Raymond Meisenbacher & Sons,    739 East Main St.,
               Bridgewater, NJ 08807-3339
513497374    +HSBC Bank Nevada, N.A.,    by PRA Receivables Management, LLC,    PO Box 12907,
               Norfolk VA 23541-0907
513497372     Hayt, Hayt & Landau, LLC,    P.O. Box 500,    Eatontown, NJ 07724-0500
513497375   ++JC CHRISTENSEN & ASSOC,    PO BOX 519,    SAUK RAPIDS MN 56379-0519
             (address filed with court: J.C. Christensen & Associates, Inc.,    P.O. Box 519,
               Sauk Rapids, MN 56379)
516046519    +Kean University,    1000 Morris Ave.,    Union, NJ 07083-7131
516634608     MTGLQ Investors, LP,    P.O. Box 52708, Irving, CA 92619-2708
517336896    +MTGLQ Investors, LP,    Rushmore Loan Management Services,    P.O. Box 55004,
               Irvine, CA 92619-5004
516634609     MTGLQ Investors, LP,    P.O. Box 52708, Irving, CA 92619-2708,    MTGLQ Investors, LP,
               P.O. Box 52708, Irving, CA 92619-2708
513497379    +Oxford Collection Services,    135 Maxess Road, Suite 2A,    Melville, NY 11747-3801
513497380     PSE&G,    P.O. Box 14444,    New Brunswick, NJ 08906-4444
513497383    +Raymond Meisenbacher & Sons,    739 East Main Street,    Bridgewater, NJ 08807-3339
513497387    +Sprint,    C/O Pentagroup Financial,    5959 Corporate Drive, Suite 14,    Houston, TX 77036-2302
513497388    +T-Mobile,    Law Office Of Mitchell N. Kay,    7 Penn Plaza,    New York, NY 10001-3967
513497389     Trinitas Emergency Solutions, PC,    P.O. Box 8500-7316,    Philadelphia, PA 19178-7316
513497390    +Trinitas Regional Medical Center,    225 Williamson Street,    Elizabeth, NJ 07202-3625
513497391     University Radiology Group, PC,    P.O. Box 1075,    East Brunswick, NJ 08816-1075
513497395    +Web Bank,    8405 Southwest Nimbus Avenue,    Beaverton, OR 97008-7185
513780888    +Wells Fargo Bank, NA,    c/o Zucker Goldberg & Ackerman,    200 Sheffied Street, Suite 301,
               Mountainside, NJ 07092-2315
513497398     Wells Fargo Bank, National Association,    P. O. Box 13765, R4057-01P,    Roanoke, VA 24037-3765
513497400    +Zucker, Goldberg & Ackerman,    200 Sheffield Road, Suite 301,    Mountainside, NJ 07092-2315
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
smg           E-mail/Text: usanj.njbankr@usdoj.gov Jul 25 2018 23:37:33      U.S. Attorney,    970 Broad St.,
               Room 502,    Rodino Federal Bldg.,    Newark, NJ 07102-2534
smg          +E-mail/Text: ustpregion03.ne.ecf@usdoj.gov Jul 25 2018 23:37:30      United States Trustee,
               Office of the United States Trustee,    1085 Raymond Blvd.,    One Newark Center,    Suite 2100,
               Newark, NJ 07102-5235
513496958    +EDI: AFNIRECOVERY.COM Jul 26 2018 03:03:00      Afini Inc.,   Attn: bp recovery Support,
               PO Box 3427,    Bloomington, IL 61702-3427
513610516     EDI: AIS.COM Jul 26 2018 03:03:00      American InfoSource LP as agent for,    Verizon,
               PO Box 248838,    Oklahoma City, OK  73124-8838
513497352     EDI: AIS.COM Jul 26 2018 03:03:00      American Infosource Lp As Agent for,
               T Mobile/T-Mobile USA Inc,    PO Box 248848,    Oklahoma City, OK 73124-8848
513497354     EDI: BANKAMER.COM Jul 26 2018 03:03:00      Bank Of America,    4060 Ogletown/Stanton Road,
               Newark, DE 19713
513497355    +EDI: BANKAMER2.COM Jul 26 2018 03:03:00      Bank Of America,    P.O. Box 1598,
               Norfolk, VA 23501-1598
513497356    +EDI: TSYS2.COM Jul 26 2018 03:03:00      Barclays Bank Of Delaware,    125 South West Street,
               Wilmington, DE 19801-5014
513497357    +EDI: OPHSUBSID.COM Jul 26 2018 03:03:00      CANDICA L.L.C.,    C O WEINSTEIN AND RILEY, PS,
               2001 WESTERN AVENUE, STE 400,    SEATTLE, WA 98121-3132
513497358     EDI: RESURGENT.COM Jul 26 2018 03:03:00      CR Evergreen, LLC,    MS 550,    PO Box 91121,
               Seattle, WA 98111-9221
513497360    +EDI: TSYS2.COM Jul 26 2018 03:03:00      Department Stores National Bank/Macys,
               Nco Financial Systems, Inc.,    PO Box 4275,    Norcross, GA 30091-4275
513497363    +EDI: RESURGENT.COM Jul 26 2018 03:03:00      East Bay Funding, LLC,
               c/o Resurgent Capital Services,    PO Box 288,    Greenville, SC 29602-0288
513497367    +EDI: CITICORP.COM Jul 26 2018 03:03:00      Exxon/CBSD,    P.O. Box 6497,
               Sioux Falls, SD 57117-6497
```

```
District/off: 0312-3          User: admin              Page 2 of 3              Date Rcvd: Jul 25, 2018
                              Form ID: 3180W           Total Noticed: 69
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center (continued)

```
513497371       +E-mail/Text: csocha@greateralliance.org Jul 25 2018 23:38:34
                 Greater Alliance Federal Credit Union,   40 West Century Road,   Paramus, NJ 07652-1454
513497373       +EDI: HFC.COM Jul 26 2018 03:03:00       HSBC Bank,   P.O. Box 5253,   Carol Stream, IL 60197-5253
513497376        EDI: RESURGENT.COM Jul 26 2018 03:03:00       LVNV Funding LLC,   Resurgent Capital Services,
                 PO Box 10587,   Greenville, SC 29603-0587
513747817        EDI: RESURGENT.COM Jul 26 2018 03:03:00       LVNV Funding LLC its successors and assigns,
                 c/o Resurgent Capital Services,   PO Box 10587,   Greenville, SC  29603-0587
513497377       +EDI: RESURGENT.COM Jul 26 2018 03:03:00       LVNV Funding, LLC,   P.O. Box 740281,
                 Houston, TX 77274-0281
513497378       +EDI: TSYS2.COM Jul 26 2018 03:03:00      Macy's,   9111 Duke Bouelvard,   Mason, OH 45040-8999
514351181        EDI: PRA.COM Jul 26 2018 03:03:00      Portfolio Recovery Associates, LLC,   POB 41067,
                 Norfolk, VA 23541
514351182        EDI: PRA.COM Jul 26 2018 03:03:00      Portfolio Recovery Associates, LLC,   POB 41067,
                 Norfolk, VA 23541,   Portfolio Recovery Associates, LLC,   POB 41067,   Norfolk, VA 23541
513882290       +EDI: PRA.COM Jul 26 2018 03:03:00      PRA Receivables Management, LLC,   POB 41067,
                 Norfolk, VA 23541,   PRA Receivables Management, LLC,   POB 41067,   Norfolk, VA 23541-1067
513882289       +EDI: PRA.COM Jul 26 2018 03:03:00      PRA Receivables Management, LLC,   POB 41067,
                 Norfolk, VA 23541-1067
513497381       +E-mail/Text: bankruptcy@pseg.com Jul 25 2018 23:36:29       PSE&G,   Attn: Bankruptcy,
                 PO Box 490,   Cranford NJ 07016-0490
513497382        EDI: Q3G.COM Jul 26 2018 03:03:00      Quantum3 Group LLC as agent for,
                 Galaxy Asset Purchasing LLC,   PO Box 788,   Kirkland, WA 98083-0788
513497384        EDI: RECOVERYCORP.COM Jul 26 2018 03:03:00       Recovery Management Systems Corporation,
                 25 S.E. 2nd Avenue, Suite 1120,   Miami, FL 33131-1605
513497386       +EDI: DRIV.COM Jul 26 2018 03:03:00       Santander Consumer USA,   8585 North Stemmons Freeway,
                 Dallas, TX 75247-3836
513497385       +EDI: DRIV.COM Jul 26 2018 03:03:00       Santander Consumer USA,   P.O. Box 660633,
                 Dallas, TX 75266-0633
513552814       +EDI: DRIV.COM Jul 26 2018 03:03:00       Santander Consumer USA,   P.O. BOX 560284,
                 Dallas, TX 75356-0284
513497392        EDI: VERIZONCOMB.COM Jul 26 2018 03:03:00       Verizon,   PO Box 3037,
                 Bloomington, IL 61702-3037
513497393       +EDI: VERIZONCOMB.COM Jul 26 2018 03:03:00       Verizon New Jersey, Inc.,   500 Technology Drive,
                 Weldon Spring, MO 63304-2225
513497394        EDI: WACHOVIA.COM Jul 26 2018 03:03:00       Wachovia Mortgage,   P.O. Box 3117,
                 Winston-Salem, NC 27102
513760433       +EDI: WFFC.COM Jul 26 2018 03:03:00       Wells Fargo Bank,   1 Home Campus,   MAC# X2303-01A,
                 Des Moines IA 50328-0001
513497397       +EDI: WFFC.COM Jul 26 2018 03:03:00       Wells Fargo Bank, N.A.,   ATTN: Bankruptcy Dept.,
                 MAC# D3347-014,   3476 Stateview Blvd.,   Fort Mill, SC 29715-7203
513497399       +EDI: WFFC.COM Jul 26 2018 03:03:00       Wells Fargo Home Mortgage,   3480 Stateview Boulevard,
                 Fort Mills, SC 29715-7203
                                                                                              TOTAL: 35

           ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
513758308*      +East Bay Funding LLC,   c/o Resurgent Capital Services,   PO Box 288,
                 Greenville, SC 29602-0288
514205717*      +Wells Fargo Bank, N.A.,   ATTN: Bankruptcy Dept.,   MAC# D3347-014,   3476 Stateview Blvd.,
                 Fort Mill, SC 29715-7203
                                                                                              TOTALS: 0, * 2, ## 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jul 27, 2018                              Signature:   /s/Joseph Speetjens

```
District/off: 0312-3           User: admin                  Page 3 of 3               Date Rcvd: Jul 25, 2018
                               Form ID: 3180W               Total Noticed: 69
```

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on July 25, 2018 at the address(es) listed below:

```
          Albert   Russo    on behalf of Trustee Albert   Russo docs@russotrustee.com
          Albert   Russo    docs@russotrustee.com
          Albert   Russo (NA)    on behalf of Trustee Albert   Russo docs@russotrustee.com
          Brian C. Nicholas    on behalf of Creditor    WELLS FARGO BANK, N.A. bnicholas@kmllawgroup.com,
           bkgroup@kmllawgroup.com
          Denise E. Carlon    on behalf of Creditor    MTGLQ Investors, LP dcarlon@kmllawgroup.com,
           bkgroup@kmllawgroup.com
          Denise E. Carlon    on behalf of Creditor    Wells Fargo Bank, NA
           bankruptcynotice@zuckergoldberg.com,   bkgroup@kmllawgroup.com
          Denise E. Carlon    on behalf of Creditor    WELLS FARGO BANK, N.A. dcarlon@kmllawgroup.com,
           bkgroup@kmllawgroup.com
          Denise E. Carlon    on behalf of Creditor    GCAT Management Services 2015-13 LLC
           dcarlon@kmllawgroup.com,   bkgroup@kmllawgroup.com
          Joshua I. Goldman    on behalf of Creditor    MTGLQ Investors, LP jgoldman@kmllawgroup.com,
           bkgroup@kmllawgroup.com
          Robert   Manchel    on behalf of Debtor Betina C. Finch manchellaw@yahoo.com
                                                                                           TOTAL: 10
```